UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALID MOHAMMAD, | No. C 10-2321 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| DOE, Director of Board of Parole Hearing, | |
| Defendant. | |

This pro se civil action was opened on May 27, 2010 when the court received from plaintiff a "petition for a writ of declaratory relief." At that time the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or file a completed in forma pauperis application, and the deadline by which to do so has passed. Accordingly, this action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application. The clerk shall close the file.

IT IS SO ORDERED.

Dated: August 27, 2010

_____
SUSAN ILLSTON
United States District Judge