UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KHALID MOHAMMAD,            No. C 10-2321 SI (pr)

    Plaintiff,                 **JUDGMENT**

    v.

DOE, Director of Board of Parole Hearing,

    Defendant.
                                            /

    This action is dismissed without prejudice to plaintiff filing a new action in the proper venue and for which he submits a completed in forma pauperis application or pays the filing fee when he files his petition or complaint.

    IT IS SO ORDERED AND ADJUDGED.

Dated: August 27, 2010                     _____
                                                             SUSAN ILLSTON
                                                             United States District Judge